IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company,<br><br>*Plaintiff,*<br><br>v.<br><br>**WATERFRONT REALTY GROUP, INC.**, a Florida Corporation, **JACK NEWBY**, an individual, **RICK NEWBY**, an individual, and **THOMAS OUVERSON**, an individual.<br><br>*Defendants.* | **CASE NO.**<br>FILED: SEPTEMBER 4, 2008<br>08CV5043<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE ASHMAN<br><br>CEM |

### PLAINTIFF'S RULE 7.1 DISCLOSURE

NOW COMES, the Plaintiff, **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company, ("Plaintiff"), by and through its attorneys, Fuchs & Roselli, Ltd., and pursuant to FRCP 7.1 and Local Rule 3.2, hereby gives notice of the following:

1. Plaintiff, GMAC Real Estate, LLC, is a wholly owned subsidiary of GMAC Home Services, LLC.

          Respectfully submitted,

          **GMAC REAL ESTATE, LLC**, Plaintiff

By: \s\ Richard C. Perna
      One of Its Attorneys

Richard C. Perna (6193236)
Michelle L. Feola (6281376)
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400
Fax: (312) 651-2499