IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LLC, a Delaware Limited Liability Company,<br><br>*Plaintiff*,<br><br>v.<br><br>WATERFRONT REALTY GROUP, INC., a Florida Corporation, JACK NEWBY, an individual, RICK NEWBY, an individual, and THOMAS OUVERSON, an individual,<br><br>*Defendants*. | CASE NO.<br>FILED: SEPTEMBER 4, 2008<br>08CV5043<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE ASHMAN<br><br>CEM |

### PLAINTIFF'S NOTICE OF CLAIM INVOLVING TRADEMARKS

NOW COMES the Plaintiff, **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company, ("Plaintiff"), by and through its attorneys, Fuchs & Roselli, Ltd., and pursuant to Local Rule 3.4, hereby gives notice that the following United States' Trademarks are at issue in this suit:

1. United States' Trademark Number 2,612,792 registered August 27, 2002, and United States' Trademark Number 2,914,178 registered December 28, 2004.

2. Plaintiff, GMAC Real Estate, LLC is a Delaware Limited Liability Company with its principal place of business at Spring Road, Oak Brook, Illinois.

3. Defendant, Waterfront Realty Group, is a Florida Corporation, with its principal place of business at 1395 Third Street South, Naples, Florida.

4. Defendant, Jack Newby, is an individual, who, upon information and belief, at all relevant times is a resident of Florida.

1

5.  Defendant, Rick Newby, is an individual, who, upon information and belief, at all relevant times is a resident of Florida.

6.  Defendant, Thomas Ouverson, is an individual, who, upon information and belief, at all relevant times is a resident of Florida.

Respectfully submitted,

**GMAC REAL ESTATE, LLC**, Plaintiff

By: \s\ Richard C. Perna
One of Its Attorneys

Richard C. Perna (6193236)
Michelle L. Feola (6281376)
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400
Fax: (312) 651-2499

2